## UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF COLORADO

Civil Action No. 1:15-cv-00355-CMA-KMT

ATLAS BIOLOGICALS, INC., a Colorado Corporation
Plaintiff,

v.

THOMAS JAMES KUTRUBES, an individual; PEAK SERUM, INC., a Colorado corporation; and PEAK SERUM, LLC, a dissolved Colorado limited liability company
Defendants.

## NOTICE OF SERVICE

In compliance with the Order at ECF #134, Plaintiff, Atlas Biologicals, Inc., by and through its counsel of record, John D. Root, of Lind Ottenhoff and Root, LLP, respectfully provides notice to the Court that the following documents (previously filed at ECF #142) have been served on Defendants' counsel via email and through the ECF system as attachments to this Notice on this 17th day of April, 2018:

    a)    Plaintiff's Emergency Ex Parte Motion for Pre-Judgment Attachment and for Temporary Restraining Order and Injunction Against Further Conveyances of Assets by Defendants; and

    b)    Exhibits 1, 2, 3, 4, 5, 6, and 7 that accompany the Motion; and

    c)    Affidavit of Rick Paniccia.

| | |
|---|---|
| DATED:  April 17, 2018 | By:  s/John D. Root<br>John D. Root<br>Lind Ottenhoff & Root, LLP<br>355 Eastman Park Drive, Suite 200<br>Windsor, CO  80550<br>Telephone:  (970) 674-9888<br>Fax:  (970) 674-9535<br>John@lorlegal.com<br>ATTORNEY FOR PLAINTIFF |

CERTIFICATE OF SERVICE

I certify that on April 17, 2018 I served a copy of the foregoing document on defendants' counsel by email to kward@wicklaw.com at 3:19 pm and through the ECF system at the time of filing.

Kevin William Ward
Wick & Trautwein, LLC
P. O. Box 2166
Fort Collins, CO  80522

    /s    John D. Root