**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 15-cv-00355-CMA-KMT

ATLAS BIOLOGICALS, INC.,

     Plaintiff,

v.

THOMAS JAMES KUTRUBES, an individual,
PEAK SERUM, INC., a Colorado corporation, and
PEAK SERUM, LLC., a dissolved Colorado limited liability company,

     Defendant(s).

---

## WRIT OF ATTACHMENT

---

Whereas, Plaintiff's First Amended Complaint has been filed in the above-entitled action (Doc. # 101), and this matter has proceeded to trial before this Court, but final judgment has not yet been issued;

Whereas said action was brought to recover from Defendants a monetary judgment by reason of damages incurred from breach of contract, express or implied, or tort committed against the person or property of a resident of this state; and the necessary affidavit and undertaking herein having been filed as required by law;

Whereas, the court held a hearing on this matter on April 19, 2018, and Defendants were present in open court, had the opportunity to be heard in opposition to

issuance of this writ, and presented their traverse of the affidavit and opposition to the issuance of this writ, *see* (Doc. # 146);

Whereas, it appears from the First Amended Complaint (Doc. # 101), the Emergency *ex parte* Motion for Pre-Judgment Attachment and for Temporary Restraining Order and Injunction Against Further Conveyances of Assets by Defendants (Doc. # 142), the affidavit and exhibits filed in support thereof, and the testimony and evidence received from the parties at a hearing on April 19, 2018, that there is a reasonable probability that one or more of the causes of attachment contained in Colorado Rule of Civil Procedure 102(c) exists;

Whereas, the Court has found that whatever Atlas Biologicals, Inc. stock that Defendant Thomas James Kutrubes owns is subject to attachment under Colo. R. Civ. P. 102; and

Whereas, Plaintiff has furnished to the Court a sufficient bond under Colo. R. Civ. P. 102(d);

NOW, THIS HONORABLE COURT DOES THEREFORE COMMAND YOU, THE SHERIFF OF LARIMER COUNTY, STATE OF COLORADO, that you serve a copy thereof on the above-named Defendant Thomas James Kutrubes, if he be found in your County, and also attach and safely keep any stock of Atlas Biologicals, Inc. owned by Defendant Thomas James Kutrubes which may be found within the County of Larimer, State of Colorado.

DATED: April 24, 2018

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge