# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00355-CMA-KMT

ATLAS BIOLOGICALS, INC.,

        Plaintiff,

v.

THOMAS JAMES KUTRUBES, and individual,
PEAK SERUM, INC., a Colorado corporation, and
PEAK SERUM, LLC, a dissolved Colorado limited liability company,

        Defendants.

## NOTICE OF APPEAL

Notice is hereby given that Thomas James Kutrubes, Peak Serum, Inc. and Peak Serum, LLC, Defendants in the above named case, hereby appeal to the United States Court of Appeals for the Tenth Circuit from the Findings of Fact and Conclusions of Law and Final Judgment entered in this action on the 23rd day of September, 2019, (Docs. # 158 & 159).

Dated this 23rd day of October, 2019.

                                                WICK & TRAUTWEIN, LLC

By:   *s/ Kevin William Ward*
       Kevin William Ward
       323 S. College Avenue, Suite 3
       Fort Collins, Colorado  80524
       Telephone:   (970) 482-4011
       Fax:             (970) 482-8929
       kward@wicklaw.com
       *Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of October, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

John D. Root
John@lorlegal.com

/s/ *Kevin William Ward*
**Kevin William Ward**
Attorney for Defendants
Wick & Trautwein, LLC
P. O. Box 2166
Fort Collins, CO  80522
Telephone:  (970) 482-4011
FAX:  (970) 482-8929
kward@wicklaw.com