**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**Civil Action No.  1:15-cv-00355-CMA-KMT**

ATLAS BIOLOGICALS, INC., a Colorado Corporation

**Plaintiff,**

v.

THOMAS JAMES KUTRUBES, an individual; PEAK SERUM, INC., a Colorado Corporation; and PEAK SERUM, LLC, a dissolved Colorado limited Liability company

**Defendants.**

_____

**NOTICE OF BANKRUPTCY**
_____

COME NOW Defendants, Thomas James Kutrubes and Peak Serum, Inc, by and through counsel, Wick & Trautwein, LLC, by Kevin W. Ward, and respectfully submit this Notice of Bankruptcy and advise as follows:

1. Thomas James Kutrubes has filed for relief under Chapter 11 on November 13, 2019, Case No. 19-19803. See ***Exhibit A***.

2. Peak Serum, Inc. has filed for relief under Chapter 11 on November 13, 2019, Case No. 19-19802. See ***Exhibit B.***

It is counsel for Defendants understanding that all matters are stayed during the pendency of the bankruptcy proceedings.

SUBMITTED this 13th day of November, 2019.

WICK & TRAUTWEIN, LLC

By: *s/ Kevin William Ward*
Kevin William Ward
323 S. College Avenue, Suite 3
Fort Collins, Colorado  80524
Telephone:   (970) 482-4011
Fax:             (970) 482-8929
kward@wicklaw.com
*Attorney for Defendants*

### CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of November, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address (along with personally sending a copy of the foregoing to the below email address):

John@lorlegal.com

s/ *Kevin William Ward*
**Kevin William Ward**
Wick & Trautwein, LLC
P. O. Box 2166
Fort Collins, CO  80522
Telephone:  (970) 482-4011
FAX:  (970) 482-8929
kward@wicklaw.com
*Attorney for Defendants*